UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Leafwell, Inc.,
a Delaware corporation,
    *Plaintiff*,

v.                                                                 Case No.: 2:25-cv-1132

The Doc App, Inc.
d/b/a My Florida Green,
a Florida corporation,
    *Defendant.*
_____

**NOTICE OF RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*The Doc App, Inc. d/b/a My Florida Green v. Leafwell, Inc.*, originally filed in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, under case No. 25-CA-004788, and removed to this Court on September 19, 2025, under the caption and case number: *The Doc App, Inc. v. Leafwell, Inc.*, Case No. 2:25-cv-838-SPC-NPM (M.D. Fla.).

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: December 5, 2025

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ *Jody Stafford*
Jody Stafford Fernandez
Florida Bar Number: 1015797
jody.stafford@us.dlapiper.com
DLA PIPER LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 702-8890

Paul B. Lewis, Esq. (motion for admission *pro hac vice* forthcoming)
paul.lewis@us.dlapiper.com
*Forthcoming Lead Counsel*
Kevin M. Bergin, Esq. (motion for admission *pro hac vice* forthcoming)
kevin.bergin@us.dlapiper.com
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000