```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

LEAFWELL, INC., a Delaware
corporation,

      Plaintiff,

v.                                    Case No:  2:25-cv-1132-JES-DNF

THE DOC APP, INC., a Florida
corporation d/b/a My Florida
Green,

      Defendant.

_____

# **ORDER**

This matter comes before the Court on review of defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7) (Doc. #15) filed on December 29, 2025. "Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g). The motion will be denied for

failure to confer with plaintiff before filing the motion and for failure to include a certification of conference in the motion.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7) (Doc. #15) is **DENIED without prejudice.**

**DONE and ORDERED** at Fort Myers, Florida, this __30th__ day of December 2025.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record

2