# EXHIBIT C

# How My Florida Green Protects Patients While Leafwell Undermines Trust



## A Tale of Two Approaches

**The Leafwell model (as alleged in our lawsuit):**

- Offers "free" certifications.
- Receives subsidy from dispensaries.
- Allows product promotions at medical events.

**The My Florida Green model:**

- Patients pay their doctor directly.
- No financial relationships with dispensaries.
- Physicians provide independent medical evaluations.

The contrast is clear: one model puts sales first, the other puts patients first.

## Why Trust Matters

When patients discover that their doctor visit was secretly funded by a dispensary, confidence in the medical system erodes. Trust is the foundation of healthcare, and Florida's laws exist to keep it intact.

## Our Commitment Since 2016

For nearly a decade, My Florida Green has helped thousands of Floridians access medical cannabis legally and transparently. We follow every requirement of Florida law because patients deserve nothing less.

This case against Leafwell is about reinforcing that commitment to protect patients, preserve trust, and ensure fairness in Florida's medical cannabis program.

If you're ready for care you can trust, **book your appointment** with My Florida Green today.