# EXHIBIT D

# Patient Brokering in Florida: Leafwell's Illegal Cannabis Kickbacks



## Understanding Patient Brokering

In Florida, patient brokering refers to any payment or kickback made in exchange for referring patients to a healthcare provider or facility. It's illegal under the Florida Patient Brokering Act (§817.505) and is considered a third-degree felony.

These laws exist to protect patients. The goal is simple: medical decisions should be based on health, not money. When hidden financial deals influence where patients go, trust is broken and care is compromised.









## Where Leafwell Comes In

Recently, questions have been raised about Leafwell, a telehealth platform offering medical marijuana certifications. According to our Verified Complaint, Leafwell partnered with dispensaries to offer "free" cannabis certifications at pop-up events.

**But here's the truth:**

- The physician's fees weren't really free. Dispensaries allegedly paid them.
- Patients were not clearly told about this arrangement.
- Dispensary reps promoted products directly to newly certified patients.

This creates a clear financial entanglement between certifying doctors and dispensaries, the exact scenario Florida law was designed to prevent.



## Why Patients Should Care

Patient brokering undermines trust. If dispensaries are funding your doctor visit, can you really be sure the recommendation is independent? Or is it influenced by the commercial goals of a dispensary partner?

At **My Florida Green**, we believe patients deserve clarity and fairness. That's why we charge patients directly and maintain strict independence from dispensaries. Choose a provider who follows the law, and schedule your certification with My Florida Green today.