# **EXHIBIT F**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL ACTION

WILLIAM P. LINDEMANN,

Plaintiff,

vs.

ANDREA R. BALSAMO,
DANIEL BALSAMO,
MARGARET BALSAMO, and,
PATRICK T. GREENE, AS TRUSTEE
OF THE TRUST CREATED PURSUANT
TO THE FIRST AMENDMENT AND
RESTATEMENT OF THE PATRICK T.
GREENE TRUST AGREEMENT,

Defendants.

CASE NO. 2020-CA-004033

**ORDER AND FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS
AGAINST JASON KENNETH CASTRO AS A SANCTION**

THIS CAUSE having come before this Court for evidentiary hearing on May 2, 2024, on Defendant, Andrea R. Balsamo's Motion for Sanctions, [Doc.93], and Order Granting Motion for Sanctions [Doc. 211], having considered the Motions, Affidavits, testimony of witnesses, evidence submitted including time records of Defendant's counsel, and hearing argument of counsel regarding inter alia, services performed, time and expertise required, the nature of the lawsuit, and the results obtained, and being otherwise duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED:**

1. Defendant, Andrea R. Balsamo's Motion to establish the amount of Attorneys' Fees and Costs to be assessed against Jason Kenneth Castro in accordance with

1

Defendant's Motion for Sanctions [Doc. 93] and Order Granting Motion for Sanctions [Doc. 211], is **GRANTED**, as follows.

2. The Court finds that the following hours associated with the Motion for Sanctions and the corresponding hourly rates for individual attorney's and paralegals, were reasonable in light of the issues presented in this case:

| | | |
|---|---|---|
| F. Pauzar time: | 32.2 hours at $375 = | $11,925.00 |
| J.C. Lombardo time: | .4 hours at $550 = | $220.00 |
| Paralegal: | 2.5 hours at $150 = | $375.00 |
| Costs: | $2,467.05 combined = | $2,467.05 |
| | | **$14,987.05** |

3. The Court received documentary evidence and testimony establishing the amount of reasonable costs incurred by Defendant relative to the subject Motion for Sanctions, which are also ordered to be paid by Jason Kenneth Castro.

4. Pursuant to the testimony of the witnesses, including Defendant's fee expert, Donna Marshall, Esq., and other documentary evidence, the amount of reasonable attorney's fees and costs to be assessed against attorney, Jason Kenneth Castro, pursuant to the Order Granting Motion for Sanctions [Doc. 211], totals **$14,987.05.**

5. The Court finds that the fees awarded: (a) Comply with prevailing professional standards; (b) do not overstate or inflate the number of hours reasonably necessary for a case of comparable skill or complexity; (c) the hours expended were reasonable considering the complexity of the case; (d) the hourly rates were reasonable for attorneys and paralegals of their experience and expertise in this community; and (e) represent legal services that were reasonable and necessary to achieve the result obtained.

## FINAL JUDGMENT

In view of the foregoing, it is hereby:

**ORDERED AND ADJUDGED** that Defendant, Andrea R. Balsamo, shall recover from Jason Kenneth Castro, as a Court-ordered sanction the sum of **$14,987.05**, for reasonable attorneys' fees and costs, that shall bear post-judgment interest at an annual rate of **9.34%**, beginning from the date of entry of this Order, the total amount of this judgment and interest payable to the law firm of Woodward, Pires & Lombardo, P.A., 3200 Tamiami Trail North, Naples, Florida 34103, for benefit of Andrea R. Balsamo, for which amount let execution issue.

**DONE AND ORDERED** in Naples, Collier County, Florida, this 15th day of May, 2024.

CHRISTOPHER H. BROWN
Circuit Court Judge

Conformed copies to:

J. Christopher Lombardo, Esq., clombardo@wpl-legal.com, service@wpl-legal.com
F. Scott Pauzar, Esq., spauzar@wpl-legal.com, service@wpl-legal.com
Raymond Bass, Esq. dalia.basslawoffice@comcast.net, service.basslawoffice@comcast.net
Jason Kenneth Castro, Esq. CastroLaw.Service@gmail.com; jason@goldengatelegalcenter.com

3

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL ACTION

WILLIAM P. LINDEMANN,

Plaintiff,

vs.

ANDREA R. BALSAMO,
DANIEL BALSAMO,
MARGARET BALSAMO, and,
PATRICK T. GREENE, AS TRUSTEE
OF THE TRUST CREATED PURSUANT
TO THE FIRST AMENDMENT AND
RESTATEMENT OF THE PATRICK T.
GREENE TRUST AGREEMENT,

Defendants.

CASE NO. 2020-CA-004033

## ORDER AND FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS

THIS CAUSE having come before this Court for evidentiary hearing on May 2, 2024, on Defendant, Andrea R. Balsamo's Motion for Attorneys' Fees and Costs [Doc. 195], and Supplement to Motion for Attorneys' Fees and Costs [Doc. 230], and Order Granting Motion for Attorney's Fees and Costs [Doc. 224], having considered the Motions, Affidavits, testimony of witnesses, evidence submitted including time records of Defendant's counsel, and hearing argument of counsel regarding inter alia, services performed, time and expertise required, the nature of the lawsuit, and the results obtained, and being otherwise duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED**:

1. Defendant, Andrea R. Balsamo's Motion for Attorneys' Fees and Costs [Doc. 195] and Supplement to Attorneys' Fees and Costs [Doc. 230] is **GRANTED**.

1

2. The Court finds that the following hours expended in the overall defense of this matter, and the corresponding hourly rates for individual attorney's and paralegals, were reasonable in light of the issues presented in this case:

   a. F. Scott Pauzar, Esq.,
      250.90 hours at an hourly rate of $375.00-$400.00 (blended rate applied to appearances with partners)
   b. Mark J. Woodward, Esq.
      6.30 hours at an hourly rate of $500.00
   c. Anthony J. Dimora, Esq.
      0.30 hours at an hourly rate of $425.00
   d. J. Christopher Lombardo, Esq.
      15.10 hours at an hourly rate of $500.00-$550.00 (blended rate applied to appearances with associates)
   e. Zachary W. Lombardo, Esq.
      0.20 hours at an hourly rate of $300.00
   f. Kenneth V. Mundy, Esq.
      4.90 hours at an hourly rate of $275.00-$300.00
   g. Paralegal: RW
      4.40 hours at an hourly rate of $200.00
   h. Paralegal: LC
      1.40 hours at an hourly rate of $150.00
   i. Paralegal: KC
      8.90 hours at an hourly rate of $125.00-$150.00
   j. Paralegal: NS
      53.40 hours at an hourly rate of $150.00
   k. Paralegal: CK
      9.30 hours at an hourly rate of $150.00

3. The Court received documentary evidence and testimony establishing the amount of reasonable costs incurred by Defendant, which shall be taxed against the Plaintiff in this matter.

4. In addition to attorneys' fees and costs awardable as prevailing party, the Court separately awarded attorneys' fees and costs against Plaintiff's former attorney, Jason Castro as a sanction for misconduct during the deposition of Plaintiff

[Doc.211], and awarded attorneys' fees against Jason Castro, and Plaintiff, as a sanction under section 57.105, Florida Statutes [Doc. 212].

5. The Court will subtract those attorneys' fees and costs assessed as sanctions from the total attorney's fees and costs awarded to Defendant, Andrea R. Balsamo, as prevailing party.

6. Pursuant to the testimony of the witnesses, including Defendant's fee expert, Donna Marshall, Esq., and other documentary evidence, the amount of reasonable attorney's fees and costs to be assessed against Plaintiff, William P. Lindemann, after subtracting the amounts awarded against the Plaintiff and Mr. Castro as a sanction, totals **$80,996.63**.

7. The Court finds that the fees awarded: (a) Comply with prevailing professional standards; (b) do not overstate or inflate the number of hours reasonably necessary for a case of comparable skill or complexity; (c) the hours expended were reasonable considering the complexity of the case; (d) the hourly rates were reasonable for attorneys and paralegals of their experience and expertise in this community; and (e) represent legal services that were reasonable and necessary to achieve the result obtained.

## FINAL JUDGMENT

In view of the foregoing, it is hereby:

**ORDERED AND ADJUDGED** that Defendant, Andrea R. Balsamo, shall recover from Plaintiff, William P. Lindemann, the sum of **$80,996.63**, for attorneys' fees and costs as prevailing party, that shall bear post-judgment interest at an annual rate of **9.34%**, beginning from the date of entry of this Order, the total amount of this judgment and

3

interest payable to the law firm of Woodward, Pires & Lombardo, P.A., 3200 Tamiami Trail North, Naples, Florida 34103, for benefit of Andrea R. Balsamo, for which amount let execution issue.

**DONE AND ORDERED** in Naples, Collier County, Florida, this 15th day of May, 2024.

CHRISTOPHER H. BROWN
Circuit Court Judge

Conformed copies to:

J. Christopher Lombardo, Esq., clombardo@wpl-legal.com, service@wpl-legal.com
F. Scott Pauzar, Esq., spauzar@wpl-legal.com, service@wpl-legal.com
Raymond Bass, Esq. dalia.basslawoffice@comcast.net, service.basslawoffice@comcast.net

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL ACTION

WILLIAM P. LINDEMANN,

Plaintiff,

vs.

ANDREA R. BALSAMO,
DANIEL BALSAMO,
MARGARET BALSAMO, and,
PATRICK T. GREENE, AS TRUSTEE
OF THE TRUST CREATED PURSUANT
TO THE FIRST AMENDMENT AND
RESTATEMENT OF THE PATRICK T.
GREENE TRUST AGREEMENT,

Defendants.

CASE NO. 2020-CA-004033

**ORDER AND FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS
AGAINST JASON KENNETH CASTRO AS A SANCTION
UNDER SECTION 57.105, FLORIDA STATUTES**

THIS CAUSE having come before this Court for evidentiary hearing on May 2, 2024, on Defendant, Andrea R. Balsamo's Motion for Sanctions Under Section 57.105, Florida Statutes [Doc.89], and Order Granting Motion for Sanctions [Doc. 212], having considered the Motions, Affidavits, testimony of witnesses, evidence submitted including time records of Defendant's counsel, and hearing argument of counsel regarding inter alia, services performed, time and expertise required, the nature of the lawsuit, and the results obtained, and being otherwise duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED**:

1. Defendant, Andrea R. Balsamo's Motion to establish the amount of Attorneys' Fees and Costs to be assessed against Jason Kenneth Castro in accordance with

1

Defendant's Motion for Sanctions [Doc. 89] and Order Granting Motion for Sanctions [Doc. 212], is **GRANTED**, as follows.

2. The Court finds that the following hours associated with the Motion for Sanctions Under Section 57.105, Florida Statutes, and the corresponding hourly rates for individual attorney's and paralegals, were reasonable in light of the issues presented in this case:

| | |
|---|---|
| F. Scott Pauzar, Esq. 50.2 hours at $375-400 = | $18,839.00 |
| J. Christopher Lombardo .4 hours at $550 = | $220.00 |
| Paralegal Nora Sears: 2.7 hours at $150 = | <u>$405.00</u> |
| | **$19,464.00** |

3. The Court received documentary evidence and testimony establishing the amount of reasonable costs incurred by Defendant relative to the subject Motion for Sanctions under Section 57.105, Florida Statutes, one half of which shall be ordered as a judgment against Jason Kenneth Castro.

4. Pursuant to the testimony of the witnesses, including Defendant's fee expert, Donna Marshall, Esq., and other documentary evidence, the amount of reasonable attorney's fees and costs to be assessed against attorney, Jason Kenneth Castro, pursuant to the Order Granting Motion for Sanctions [Doc. 212], totals **$9,732.00.**

5. The Court finds that the fees awarded: (a) Comply with prevailing professional standards; (b) do not overstate or inflate the number of hours reasonably necessary for a case of comparable skill or complexity; (c) the hours expended were reasonable considering the complexity of the case; (d) the hourly rates were reasonable for attorneys and paralegals of their experience and expertise in this

community; and (e) represent legal services that were reasonable and necessary to achieve the result obtained.

## FINAL JUDGMENT

In view of the foregoing, it is hereby:

**ORDERED AND ADJUDGED** that Defendant, Andrea R. Balsamo, shall recover from Jason Kenneth Castro, as a Court-ordered sanction under Section 57.105, Florida Statutes, the sum of **$9,732.00**, for reasonable attorneys' fees and costs, that shall bear post-judgment interest at an annual rate of **9.34%**, beginning from the date of entry of this Order, the total amount of this judgment and interest payable to the law firm of Woodward, Pires & Lombardo, P.A., 3200 Tamiami Trail North, Naples, Florida 34103, for benefit of Andrea R. Balsamo, for which amount let execution issue.

**DONE AND ORDERED** in Naples, Collier County, Florida, this 15th day of July, 2024.

CHRISTOPHER H. BROWN
Circuit Court Judge

Conformed copies to:

J. Christopher Lombardo, Esq., clombardo@wpl-legal.com, service@wpl-legal.com
F. Scott Pauzar, Esq., spauzar@wpl-legal.com, service@wpl-legal.com
Raymond Bass, Esq. dalia.basslawoffice@comcast.net,
service.basslawoffice@comcast.net
Jason Kenneth Castro, Esq. CastroLaw.Service@gmail.com;
jason@goldengatelegalcenter.com

3