UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEAFWELL, INC.,

    Plaintiff,

v.                      Case No:  2:25-cv-01132-JES-DNF

THE DOC APP, INC. d/b/a MY FLORIDA GREEN,

    Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file. On January 26, 2026, Plaintiff filed an Amended Complaint (Doc. #22). Since this is currently the operative pleading, Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7) (Doc. #18) will be denied as moot.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7) (Doc. #18) is **DENIED AS MOOT.**

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of February, 2026.

                                        /s/ John E. Steele
                                        JOHN E. STEELE
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record