UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

THE DOC APP, INC.
d/b/a MY FLORIDA GREEN,

    Plaintiff,

v.                                                Case No. 2:25-cv-1231

LEAFWELL, INC. et al.,

    Defendants.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO REMAND NUNC PRO TUNC

Plaintiff, My Florida Green, Inc. ("MFG"), respectfully moves for leave to file its Reply in Support of its Motion to Remand nunc pro tunc and states:

1. On 02/26/2026, MFG filed its Motion to Remand. (D.E. 9).

2. Defendant filed its Response in opposition to the Motion to Remand. (D.E. 30).

3. On 03/11/2026, MFG filed a Reply in support of its Motion to Remand. (D.E. 36).

4. To the extent that Local Rule 3.01(e) requires leave of Court to file a reply, MFG respectfully requests that the Court grant such leave nunc pro tunc.

5. The Reply addresses arguments raised in Defendant's Response and is intended to assist the Court in resolving the pending Motion to Remand.

6. Granting leave will not prejudice Defendant. To the extent Defendant believes additional briefing is warranted, it remains free to seek leave to file a sur-reply.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave for the Reply (D.E. 36) to remain on the docket as filed nunc pro tunc, and for such further relief as the Court deems just and proper.

**Dated: March 13th, 2026**

Respectfully submitted,

*/s/ Jason K. Castro*

Jason K. Castro, Esq. (FBN 118604)
Law Office of Jason K. Castro, PLLC
625 Quincy Lane, Wexford, PA 15090
Tel: (718) 702-5540
Email: jason@goldengatelegalcenter.com
Service: CastroLaw.Service@gmail.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

*/s/ Jason K. Castro*
Jason K. Castro, Esq.