```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

LEAFWELL, INC., a Delaware corporation,

       Plaintiff,

v.                              Case No:   2:25-cv-01132-JES-DNF

THE DOC APP, INC. d/b/a My Florida Green, a Florida corporation,

       Defendant.

_____

## OPINION AND ORDER

       This matter comes before the Court on review of Plaintiff/Defendant's Motion for Leave to File a Reply in Support of Its Motions to Dismiss and Motion to Strike (Doc. #38) filed on March 16, 2026. "Before filing a motion in a civil action, except a motion for Rule 1 sanction, for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g). The motion will be denied for failure to confer with Plaintiff/Defendant before filing the motion and for failure to include a certification of conference in the motion.

       Accordingly, it is now

**ORDERED:**

Defendant's Motion for Leave to File a Reply in Support of Its Motions to Dismiss and Motion to Strike (Doc. #38) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record