UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEAFWELL, INC., a Delaware
corporation,

       Plaintiff,

v.                                    Case No:  2:25-cv-01132-JES-DNF

THE DOC APP, INC., d/b/a MY
FLORIDA GREEN, a Florida
Corporation,

       Defendant.

_____

## ORDER

    This matter comes before the Court on review of the file. Plaintiff Leafwell, Inc. filed a motion for sanctions.  (Doc. #40.) Defendant has not filed a response to the motion within the time provided under Local Rule 3.01(d), and "[i]f a party fails to timely respond, the motion is subject to treatment as unopposed." M.D. Fla. R. 3.01(d).

    Accordingly, it is hereby

    **ORDERED**:

    Defendant shall file a response to the Motion for Sanctions (Doc. #40) within **seven (7) days** of this Order.  If no response is

filed, the Court will consider the motion as unopposed and rule without the benefit of a response.

**DONE and ORDERED** at Fort Myers, Florida, this   13th   day of April 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Parties of Record

- 2 -