UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Leafwell, Inc.,

     *Plaintiff*,

v.                                   Case No 2:25-CV-01132-JES-DNF

The Doc App, Inc. d/b/a My Florida Green,

     *Defendant.*

_____

## UNOPPOSED MOTION TO WITHDRAW

PLEASE TAKE NOTICE that undersigned counsel, Jody Stafford Fernandez, pursuant to Middle District of Florida Local Rule 2.02(c), hereby moves to withdraw as counsel in this matter for Plaintiff Leafwell, Inc. ("Leafwell" or "Plaintiff"), and, in support thereof, states as follows:

1. Jody Stafford Fernandez, counsel for Leafwell, seeks leave of Court to withdraw from this action on behalf of Leafwell.

2. Leafwell will continue to be represented by: Paul Lewis (lead counsel) of Haynes & Boone, LLP; Kevin Bergin of Haynes & Boone, LLP; and Adrian K. Felix of Bilzin Sumberg Baena Price & Axelrod, LLP.

3. Pursuant to Local Rule 2.02, the undersigned confirms that Leafwell has received notice of, and consented to, the filing of this Motion.

4. The withdrawal of the undersigned will not result in the continuance of trial, and this Motion is made in good faith and not for the purpose of undue delay.

1

5. None of the parties in this action will be prejudiced by the Court's granting of the relief requested herein.

WHEREFORE, Plaintiff Leafwell, respectfully requests the Court grant this Motion and allow Jody Stafford Fernandez to withdraw from this matter.

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 3.01(g)

The undersigned certifies that she has conferred with counsel for the parties in this matter regarding the relief sought in the instant Motion and no party objects to the relief requested herein.

## CERTIFICATE OF CLIENT CONSENT PURSUANT TO LOCAL RULE 2.02(c)(1)(B)(i)

The undersigned certifies that notice of the undersigned's withdrawal was communicated to the client, and the client consents to the undersigned's withdrawal.

Dated:  June 23, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Jody Stafford Fernandez*
Jody Stafford Fernandez
Florida Bar Number: 1015797
jody.stafford@us.dlapiper.com
DLA PIPER LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  (305) 702-8890

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF on this 23rd day of June, 2026, to all counsel of record.

/s/ Jody Stafford
Jody Stafford Fernandez, Esq.

3