**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Leafwell, Inc.,

      Plaintiff,

v.

The Doc App, Inc. d/b/a My Florida
Green,

      Defendant.

Case No. 2:25-CV-01132-JES-KRH

---

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS AND MOTION TO STRIKE (ECF 52 AND ECF 54)**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Leafwell, Inc. ("Leafwell"), hereby submits this Motion for Extension of Time to File Responses in Opposition to Defendant The Doc App., Inc. d/b/a My Florida Green's ("MFG") Rule 12(b)(6) Motion to Dismiss and Strike (ECF 52) and Rule 12(b)(1) Motion to Dismiss (ECF 54)  filed on June 12, 2026 (together, "MFG's Motions"). Leafwell represents that MFG has assented to the relief requested herein (on June 24, 2026).

Currently, Leafwell's deadline to respond to MFG's Motions is July 6, 2026. *See* Local Rule 3.01(d).[1] Due to key team members' scheduled vacations corresponding with the 4th of July holiday, and noting MFG's assent, <u>Leafwell respectfully requests that this Court extend the deadline to respond to MFG's Motions to July 17, 2026.</u>

---

[1] Leafwell's deadline would be July 3, 2026, but July 3rd is a holiday this year because the 4th of July falls on a Saturday. https://www.flmd.uscourts.gov/holidays.

Dated: June 25, 2026

**HAYNES AND BOONE, LLP**

/s/ *Paul Lewis*
Paul B. Lewis, Esq.
Admitted *pro hac vice*
paul.lewis@haynesboone.com
Haynes and Boone, LLP
One Financial Center
Suite 1100
Boston, Massachusetts 02111
Telephone: (617) 281-2019

**DLA PIPER LLP (US)**
Kevin M. Bergin, Esq.
Admitted *pro hac vice*
kevin.bergin@us.dlapiper.com
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
Telephone: (617-406-6070)

**BILZIN SUMBERG BAENA
PRICE & AXELROD LLP**

Adrian K. Felix, Esq.
Florida Bar No. 30846
afelix@bilzin.com
Bilzin Sumberg Baena Price &
Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Tel: (305) 374-7580

*Counsel for Defendant Leafwell, Inc.*

2

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that, on behalf of Leafwell, counsel for Leafwell communicated with counsel for MFG about the relief requested in this Motion. On June 24, 2026, Counsel for MFG stated that MFG has no objection to the relief requested herein.

/s/ *Paul Lewis*
Paul B. Lewis, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all other counsel of record, on June 25, 2026, via the ECF portal.

/s/ *Paul Lewis*
Paul B. Lewis, Esq.

3