**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Leafwell, Inc.,

     Plaintiff,

v.

                                  Case No. 2:25-CV-01132-JES-KRH

The Doc App, Inc. d/b/a My Florida
Green,

     Defendant.

## MOTION FOR SPECIAL ADMISSION

Jeffrey Butler, Esquire, moves for special admission to represent plaintiff Leafwell, Inc. in this action.

I am not a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Courts for the District of Massachusetts and the Northern District of Illinois. I am also a member of the Bars of the Commonwealth of Massachusetts (BBO# 716020) and the State of Illinois (Bar# 6343082).

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any cases in state or federal court in Florida. On July 21, 2026, I filed a motion to appear *pro hac vice* in a related action in Florida state court. The related action is The Doc App, Inc. d/b/a/ My Florida Green v. Leafwell, Case No. 11-2025-CA-002981-0001-01 (Twentieth Jud. Cir. Collier County). The motion is pending.

4898-5834-8735 v.1                                                        1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

*Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.*

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

*I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.*

DATED: July 21, 2026

**HAYNES AND BOONE, LLP**

/s/ *Jeffrey Butloer*
Jeffrey Butler, Esq.
*Pro hac vice* Pending
jeffrey.butler@haynesboone.com
Haynes and Boone, LLP
One Financial Center
Suite 2400
Boston, Massachusetts 02111
Telephone: (617) 598-2417

**Counsel for Plaintiff Leafwell, Inc.**

2

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that Leafwell's counsel emailed counsel for the Plaintiff regarding the requested relief in this Motion on June 25, 2026. Counsel for the Plaintiff, The Doc App, Inc. d/b/a My Florida Green responded on June 26, 2026, stating that the Plaintiff "does not presently anticipate objecting to the [pro hac vice] motions."

/s/ *Jeffrey Butler*
Jeffrey Butler, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all other counsel of record, on July 21, 2026, via the ECF portal.

By:   /s/ *Adrian K. Felix*
Adrian K. Felix, Esq.
Florida Bar No. 30846
afelix@bilzin.com
ekravets@bilzin.com
eservice@bilzin.com
Attorney for Plaintiff Leafwell, Inc.

3